**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**JOHN MURRY CURRY**                                                          **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO: 5:13-cv-196-DCB-MTP**

**RAYMOND BYRD, ET AL.**                                                **DEFENDANTS**

<u>**ORDER**</u>

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of the United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court. Deloris Spinks is DISMISSED WITHOUT PREJUDICE from this action.

SO ORDERED, this the 22nd day of July, 2015.

                                              /s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE

1