```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

JOHN MURRY CURRY                                          PLAINTIFF

VS.                         CIVIL ACTION NO. 5:13-cv-196(DCB)(MTP)

R. BYRD, ET AL.                                          DEFENDANTS


## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 62)**, to which no objection has been made by the plaintiff.  In his Report and Recommendation, Magistrate Judge Parker finds that the defendants were not deliberately indifferent to the plaintiff's medical needs, and that the defendants are entitled to judgment as a matter of law.  It is recommended that the defendants' Motions for Summary Judgment **(docket entries 56 and 58)** be GRANTED and this action dismissed with prejudice.

Accordingly,

IT IS HEREBY ORDERED that Magistrate Judge Michael T. Parker's Report and Recommendation **(docket entry 62)**, to which no objection is made by the plaintiff, is ADOPTED as the findings and conclusions of this Court;

FURTHER ORDERED that defendant R. Byrd's Motion for Summary Judgment **(docket entry 56)** is GRANTED;

FURTHER ORDERED that defendants Erica Perkins, Ella Scott, Frank Shaw, Dorothy Turner and Sue Veal's Motion for Summary

Judgment **(docket entry 58)** is GRANTED.

A separate Final Judgment shall issue dismissing this action with prejudice.

SO ORDERED, this the 17th day of March, 2016.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE